# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ALEXANDER BOURNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 1:16-cv-00790-SEB-MJD |
| vs. | ) |
| | ) Honorable Judge Sarah Evans Barker |
| | ) |
| BYL COLLECTION SERVICE, LLC. | ) Magistrate Judge Mark J. Dinsmore |
| | ) |
| Defendant, | ) |
| | ) |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Alexander Bournes and Defendant BYL Collection Service, LLC, by their respective counsel, that the above-captioned action and all claims asserted by the Plaintiff herein shall be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: July 7, 2016                                  Respectfully Submitted,

/s/ Ryan J. Vershay                                  /s/ Nathan C. Volheim
Ryan J. Vershay, #28109-71                           Nathan C. Volheim, ARDC#6302103
Counsel for Defendant                                Counsel for Plaintiff
Lewis Wagner, LLP                                    Consumer Law Partners, LLC
501 Indiana Avenue                                   435 N. Michigan Avenue
Suite 200                                            Suite 1609
Indianapolis, IN 46202                               Chicago, IL 60611
Phone: (317) 237-0500                                Phone: (267) 422-1000
Email: rvershay@lewiswagner.com                      Fax: (267) 422-2000